# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138771

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 138771
                                      COA: 288355
                                      Wayne CC: 02-014804

TIMOTHY SHEPARD,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009                                  _____

p1019                                          Clerk